### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ARROW OIL & GAS, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | NO. CIV-10-0535-HE |
| ) | |
| J. ARON & CO., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

The parties' joint motion to transfer this action to the United States Bankruptcy Court for the District of Delaware [Doc. #48] is **GRANTED**. The clerk of court is directed to transfer this proceeding to the United States Bankruptcy Court for the District of Delaware.

**IT IS SO ORDERED.**

Dated this 21st day of July, 2010.

JOE HEATON
UNITED STATES DISTRICT JUDGE

I hereby certify that this instrument, document no. 49, filed on 7-21-10, is a true and correct copy of the electronically filed original.
Attest: Robert D. Dennis, Clerk
U.S. District Court
Western District of Oklahoma