## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEMCRUDE, L.P., *et al.*, | : | Case No. 08-11525 (BLS) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| J. Aron & Company v. SemCrude, L.P., *et al.* | : | Adv. Pro. No. 09-50038 |
| BP Oil Supply Company v. SemCrude, L.P., *et al.* | : | Adv. Pro. No. 09-50105 |
| Plains Marketing, L.P. v. Bank of America, *et al.* | : | Adv. Pro. No. 09-51003 |
| ConocoPhillips Company v. SemCrude, L.P., *et al.* | : | Adv. Pro. No. 08-51457 |
| Samson Res. Co. *et al.* v. J. Aron & Co. *et al.* | : | Adv. Pro. No. 09-51520 |
| Samson Res. *et al.* v. BP Oil Supply *et al.* | : | Adv. Pro. No. 09-51070 |
| Samson Lone Star *et al.* v. BP Oil Supply *et al.* | : | Adv. Pro. No. 09-51941 |
| Samson Res. Co.. *et al.* v. ConocoPhillips Co. | : | Adv. Pro. No. 09-51518 |
| Samson Res. Co. *et al.* v. Sunoco Logistics | : | Adv. Pro. No. 09-53285 |
| Samson Lone Star *et al.* v. Sunoco Logistics | : | Adv. Pro. No. 09-53286 |
| Samson Lone Star *et al.* v. Coffeyville *et al.* | : | Adv. Pro. No. 09-52831 |
| Samson Res. Co. *et al.* v. Coffeyville *et al.* | : | Adv. Pro. No. 09-52853 |
| Samson Res. Co. *et al.* v. Valero Mktg. & Supply Co. *et al.* | : | Adv. Pro. Nos. 09-52818, 09-52819 09-52820, 09-52821, 09-52822, 09-52823, 09-52824, 09-52826, 09-52827, 09-52828, 09-52829 09-52830, 09-52834 |
| Samson Lone Star, LLC *et al.* v. ConocoPhillips Company | : | Adv. Pro. No. 10-55970 |
| Anstine & Musgrove, Inc., *et al.* v. J. Aron & Company, *et al.* | : | Adv. Pro. No. 10-51797 |
| Arrow Oil & Gas, Inc., *et al.* v. J. Aron & Company, *et al.* | : | Adv. Pro. No. 10-51825 |

| | |
|---|---|
| Arrow Oil & Gas, Inc., et al. v. Calcasieu Refining Company, *et al.* | Adv. Pro. No. 10-51828 |
| Hope Partners, Inc. v. BP Oil Supply Company, *et al.* | Adv. Pro. No. 09-51519 |
| Anstine & Musgrove, Inc., *et al.* v. Chevron Products Company, *et al.* | Adv. Pro. No. 11-51619 |
| New Dominion, LLC v. BP Oil Supply Company | Adv. Pro. No. 09-50978 |
| New Dominion, LLC v. J. Aron & Company | Adv. Pro. No. 11-51774 |
| IC-CO, Inc., *et al.* v. J. Aron & Company | Adv. Pro. No. 11-51773 |
| Timmy Joe Degge v. ConocoPhillips Company | Adv. Pro. No. 11-51775 |

## SCHEDULING ORDER

To promote the efficient and expeditious disposition of the above-captioned adversary proceedings, IT IS HEREBY ORDERED that

1. The following schedule shall apply:

   a. The Producers[1] shall deliver the following discovery materials to the Non-Tender Parties[2] and ConocoPhillips Company: (1) copies of all documents previously produced

---

[1] The Producers are Anstine & Musgrove, Inc.; Arrow Oil & Gas, Inc.; Beasley Oil Company; Blake Exploration, LLC; Braden-Deem, Inc.; Calvin Noah, d/b/a Calvin Noah Oil Company; CMX, Inc.; Casey Musgrove Oil Co., Inc.; Central Operating, Inc.; Chaparral Energy, LLC; Clark Exploration Company; Coral Coast Petroleum, Inc.; Crawley Petroleum Corp.; DC Energy, Inc.; D.E. Exploration, Inc.; Davis Petroleum, Inc.; Daystar Petroleum, Inc.; DK Operating, Inc.; Double Eagle Exploration, Inc.; Drillers and Producers, Inc.; Duncan Oil Properties, Inc.; Dunne Equities, Inc.; Fairfield Oil & Gas Corp.; The Gloco, LLC; GMX Resources, Inc.; GRA EX, LLC; Great Plains Energy, Inc.; Ground Development Co.; Herman L. Loeb, LLC; H.I. Inc.; Hutchinson Oil Company; J & D Investments, LLC; Jack Exploration, Inc.; Kahan & Associates, Inc.; Keith F. Walker Oil & Gas Co., LLC; Kingery Drilling Co.; KLM Exploration Company, Inc.; Lance Ruffel Oil & Gas Corporation; Landmark Resources, Inc.; Lario Oil & Gas Company; L & J Oil Properties, Inc.; LD Drilling, Inc.; Little Bear Resources, Inc.; McCoy Petroleum Corporation; McGiness Oil Company of Kansas; Mesa Exploration Company, Inc.; Mid-Continent Energy Corporation; Molitor Oil, Inc.; Mull Drilling Company, Inc.; Murfin Drilling Company, Inc.; Musgrove Energy, Inc.; Mustang Fuel Corp.; NYTEX Energy, LLC; Oil Company of America, Inc.; Oklahoma Oil & Gas Management, Inc.; Osborn Heirs Company, Ltd.; Pickrell Drilling Company, Inc.; Prolific Resources, LLC; RAMA Operating Company, Inc.; Randon Production Company, Inc.; Red Oak Energy, Inc.; Ritchie Exploration, Inc.; RJ Sperry Co.; Ross Hoener, Inc.; Seeker, LLC; Short & Short, LLC; Snyder Partners; Stephens & Johnson Operating Co.; Tempest Energy Resources, LP; Tex-Ok Energy Limited Partnership; TGT Petroleum Corporation; Three-D

to the Tender Parties[3], (2) copies of the Producers' written responses to the Tender Parties' written discovery requests pursuant to Fed. R. Civ. P. 33, 34, and 36, and (3) copies of the Producers' prior Fed. R. Civ. P. 26(a)(1)(A) initial disclosures, and supplements thereto, within seven (7) days from the entry of this Order.

b. The Producers shall provide Fed. R. Civ. P. 26(a)(1)(A) initial disclosures to the Non-Tender Parties and ConocoPhillips Company within fourteen (14) days from the entry of this Order. The Non-Tender Parties and ConocoPhillips shall provide Fed. R. Civ. P. 26(a)(A)(1) initial disclosures to the Producers by September 9, 2011.

c. The Producers and Non-Tender Parties shall meet and confer by August 31, 2011 to discuss issues related to discovery, including the following: (i) the scope of discovery requests; (ii) document search protocols and potential limits to custodian searches to avoid undue burden to the parties and duplication of efforts and productions; and (iii) a potential agreement with respect to the inadvertent production of privileged materials.

---

Resources, Inc.; Thoroughbred Associates, LLC; Tripledee Drilling Co., LLC; Tripower Resources, LLC; Viking Resources, Inc.; V.J.I. Natural Resources, Inc.; Veenker Resources, Inc.; Vess Oil Corporation; Vincent Oil Corporation; W.D. Short Oil Company, LLC; Wellco Energy, Inc.; Wellstar Corporation; White Exploration, Inc.; White Pine Petroleum Corporation; Samson Contour Energy E&P LLC; Samson Lone Star, LLC; Samson Resources Company; Samson Resources Corp.; New Dominion, LLC; Hope Partners, Inc.; Timmy Joe Degge d/b/a Degge Oilfield Service; IC-CO Inc.; W.E.O.C. Inc.; Reserve Management, Inc.; Luke Oil Company; C&S Oil/Cross Properties, Inc.; Wayne Thomas Oil and Gas; William R. Earnhardt Co.; Titan Energy, Inc.; Winstar Energy I, L.P.; and Loren Gas, Inc.

[2] The Non-Tender Parties are; Chevron Products Company, A Division of Chevron USA Inc.; CIMA Energy Ltd.; Cimarron Gathering, LP; Cimarron Transportation, LLC; Coffeyville Resources Refining & Marketing, LLC; Husky Marketing and Supply Company; Interstate Petroleum Corporation; National Cooperative Refinery Association; Sunoco Logistics Partners, LP; Teppco Crude GP, LLC; Valero Marketing and Supply Company.

[3] The Tender Parties are J. Aron & Company ("J. Aron"); BP Oil Supply Company ("BP"); ConocoPhillips Company ("ConocoPhillips"); and Plains Marketing, LP ("Plains").

d. All initial document discovery requests between the Producers and the Non-Tender Parties shall be served by September 9, 2011.

e. The Producers will use best efforts to provide all non-privileged documents responsive to the Non-Tender Parties' initial document requests by October 15, 2011.

f. The Producers and the Tender Parties will use best efforts to produce all non-privileged documents responsive to the pending document requests between the Producers and the Tender Parties by September 30, 2011.

g. The Producers and the Tender Parties shall produce privilege logs by October 15, 2011.

h. The Non-Tender Parties will use best efforts to produce all non-privileged documents responsive to the Producers' initial document requests by November 1, 2011.

i. All discovery requests and responses shall be served on all parties listed in footnotes, 1, 2, and 3 that are or become adverse to the disclosing party in any of the above-captioned proceedings.

j. The Non-Tender Parties shall produce privilege logs by November 15, 2011.

k. Depositions shall commence on November 15, 2011, unless the parties hereto otherwise agree to commence depositions earlier.

l. All parties will coordinate depositions in order to limit the possibility of duplicative discovery. The length of depositions shall be governed by Fed. R. Civ. P. 30(d)(1), as made applicable to these adversary proceedings by Fed. R. Bankr. P. 7030. The parties shall work cooperatively to share the allotted time for each witness. Depositions of party witnesses and Debtor witnesses will take place at a location near the deponent's residence or workplace, unless otherwise agreed. Counsel will confer in an effort to schedule depositions, to the greatest extent possible, to maximize efficiency and minimize costs and burden upon counsel, parties and deponents.

m. All parties can make additional written discovery requests until March 1, 2012.

n. All fact discovery will conclude on April 30, 2012.

o. Expert discovery will take place from May 29, 2012 to August 31, 2012.

   i. All parties will exchange expert reports on May 29, 2012.

   ii. All parties will exchange rebuttal expert reports on June 29, 2012.

   iii. Expert depositions will take place from August 1, 2012 to August 31, 2012.

p. The parties shall participate in mandatory mediation to be scheduled by agreement during the time period of July 16, 2012 to July 31, 2012.

q. A pre-trial conference and the trial will take place on dates to be scheduled by the Court.

2.  This schedule is without prejudice to any party seeking leave of the Court to adjust the discovery dates set forth herein as warranted, and the parties may agree to adjust any dates, other than the fact discovery or expert discovery conclusion dates, without leave.

3.  This schedule is without prejudice to the Producers' appeal of the Court's April 9, 2010 and December 13, 2010 Orders.

4.  Except where otherwise provided, the Federal Rules of Bankruptcy Procedure govern.

Dated: August __, 2011
Wilmington, DE

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE